UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 4:08CR532-DJS |
| ) | |
| TIMOTHY BRYAN ROSE, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge issued on November 3, 2008, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #27] is accepted and adopted.

Dated this ___17th___ day of November, 2008.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE